IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01890-CMA-MEH

GEORGE W. STRAUB, IV,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2015**.

    In the interests of justice, Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [filed November 3, 2015; docket #23] is **granted**. Plaintiff shall file the First Amended Complaint and Request for Jury Trial (docket #23-8), omitting the italicized and bolded font, on or before November 6, 2015, and the Defendant shall file an answer or other response in accordance with Fed. R. Civ. P. 15(a).