IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01890-CMA-MEH

GEORGE W. STRAUB, IV,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2015**.

    Plaintiff's Amended Motion for Leave to Supplement Plaintiff's Response to Defendant's Partial Motion to Dismiss [filed December 8, 2015; docket #33] is **denied without prejudice** for Plaintiff's failure to contemplate or explain how his request for relief may be impacted by the requirements of Fed. R. Civ. P. 12(d).